COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




ST. FRANCIS ON THE HILL CHURCH,
A TEXAS NON-PROFIT
CORPORATION, FORMERLY KNOWN
AS ST. FRANCIS ON THE HILL
EPISCOPAL CHURCH,


 Appellant,


v.


THE EPISCOPAL CHURCH, A NON-PROFIT UNINCORPORATED
ASSOCIATION, THE DIOCESE OF THE
RIO GRANDE, A NON-PROFIT
UNINCORPORATED ASSOCIATION,
AND THE TRUSTEES OF PROPERTY
OF THE EPISCOPAL CHURCH,
DIOCESE OF THE RIO GRANDE, IN
TEXAS, A TEXAS NON-PROFIT
CORPORATION, 


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


 §


 §


 §


 §


 §


 §








No. 08-11-00099-CV


Appeal from the


210th District Court


of El Paso County, Texas


(TC# 2008-4075)


MEMORANDUM OPINION


 Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this
appeal. See Tex. R. App. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs
of appeal are assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

August 31, 2011


Before Chew, C.J., McClure, and Rivera, JJ.